# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:24-cr-45(9) |
| Plaintiff, | |
| vs. | District Judge Michael J. Newman |
| | Magistrate Judge Peter B. Silvain, Jr. |
| TIERRA WOMACK, | |
| Defendant. | |

# ORDER

This matter is before the Court on Defendant Tierra Womack's Motion to Modify Conditions of her Release (Doc. #138). The Motion was subsequently referred to the undersigned by United States District Judge Michael J. Newman for a conference and order. (Doc. #139). A phone conference was held on February 21, 2025, during which the Court heard from counsel for both sides, Defendant Tierra Womack, and an Officer from Pretrial Services.

The Pretrial Services Officer reported that Defendant has done very well on bond, and the Officer does not object to Defendant's request. Counsel for the Government indicated that she does not oppose Defendant's Motion.

For good cause shown, the undersigned hereby **GRANTS** Defendant's Motion (Doc. #138) as set forth in the Amended Bond Conditions, which will be entered by separate Order.

**IT IS SO ORDERED.**

February 24, 2025

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge